| Case No.: | 12-33789 | Trustee Name: | Samuel D. Sweet |
| Case Name: | Richfield Landfill, Inc. | Date Filed (f) or Converted (c): | 02/25/2013 (c) |
| For the Period Ending: | 03/31/2022 | §341(a) Meeting Date: | 03/21/2013 |
| | | Claims Bar Date: | 07/17/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Building 11145-11535 E Mt Morris Richfield Twp, MI 48759 | $38,152.53 | $50,000.00 | | $0.00 | FA |
| 2  Cell construction 11145-11535 E Mt Morris Richfield Twp, MI 48759 | $8,137,254.07 | $100,000.00 | | $0.00 | FA |
| 3  Land and improvements 11145-11535 E Mt Morris Richfield Twp, MI 48759 | $1,763,056.91 | $350,000.00 | | $0.00 | FA |
| 4  Petty cash 11145-11535 E Mt Morris | $2,099.55 | $0.00 | | $0.00 | FA |
| 5  Citizens Bank Wealth Management, 328 S. Saginaw St., Flint, MI 48502 Richfield Landfill Inc. Escrow Fund (Account XX-XXXX- 01-0) Funds in escrow or trust are legally restricted for purposes of settling closure, post-closure and remedial obligations for the Debtors' two landfills. | $1,889,711.45 | $0.00 | | $0.00 | FA |
| 6  Comerica, 201 W. Fort St., Detroit, MI 48226 General Account (Account XXXXXX4815) Primary disbursement account for Richfield Landfill; used to fund payroll obligations for Richfield Landfill employees. | $1,031.17 | $0.00 | | $0.00 | FA |
| 7  Various | $2,866.31 | $0.00 | | $0.00 | FA |
| 8  3rd party receivables Trade | $189,744.72 | $0.00 | | $0.00 | FA |
| 9  Loans receivable | $11,421.88 | $0.00 | | $0.00 | FA |
| 10  Net intercompany balance | $3,046,729.56 | $0.00 | | $0.00 | FA |
| 11  Richfield Landfill, Inc. v Trinity Environmental Unliquidated Solutions, LLC A/R - Defendant has not paid for landfill services provided by Plaintiff | $0.00 | $0.00 | | $0.00 | FA |
| 12  IT equipment 11145-11535 E Mt Morris | $220.21 | $0.00 | | $0.00 | FA |
| 13  Machinery and equipment 11145-11535 E Mt Morris | $1,518,793.87 | $0.00 | | $0.00 | FA |
| 14  Office equipment and furniture 11145-11535 E Mt Morris | $0.00 | $0.00 | | $0.00 | FA |
| 15  Software 11145-11535 E Mt Morris | $1,724.59 | $0.00 | | $0.00 | FA |
| 16  Fuel inventory 11145-11535 E Mt Morris | $22,233.57 | $0.00 | | $0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | |
|---|---|---|
| **Case No.:** 12-33789 | **Trustee Name:** | Samuel D. Sweet |
| **Case Name:** Richfield Landfill, Inc. | **Date Filed (f) or Converted (c):** | 02/25/2013 (c) |
| **For the Period Ending:** 03/31/2022 | **§341(a) Meeting Date:** | 03/21/2013 |
| | **Claims Bar Date:** | 07/17/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 17 | Capital purchases in progress 11145-11535 E Mt Morris | $784,397.50 | $0.00 | | $0.00 | FA |
| 18 | Prepaid operating expenses 11145-11535 E Mt Morris | $217,114.43 | $0.00 | | $0.00 | FA |
| 19 | Prepaid taxes 11145-11535 E Mt Morris | $11,998.74 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Asset**

$17,638,551.06     $500,000.00     $0.00     $0.00

**Major Activities affecting case closing:**

| Date | Activity |
|---|---|
| 03/31/2022 | Trustee is preparing the Trustee's Final Report in this case that has been administratively consolidated in the case of Richfield Equities, LLC, Case No. 12-33788, per court order. The Trustee expects to file the Final Report by 4/30/2022. |
| 03/31/2021 | Trustee is investigating the business assets in this case that have been administratively consolidated in the case of Richfield Equities, LLC, Case No. 12-33788, per court order. |
| 03/31/2020 | Trustee is investigating the business assets in this case that have been administratively consolidated in the case of Richfield Equities, LLC, Case No. 12-33788, per court order. |
| 03/31/2019 | Trustee is investigating the business assets in this case that have been administratively consolidated in the case of Richfield Equities, LLC, Case No. 12-33788, per court order. |
| 03/31/2018 | Trustee is investigating the business assets in this case that have been administratively consolidated in the case of Richfield Equities, LLC, Case No. 12-33788, per court order. |
| 03/31/2017 | Trustee is investigating the business assets in this case that have been administratively consolidated in the case of Richfield Equities, LLC, Case No. 12-33788, per court order. |
| 03/31/2016 | Trustee is investigating the business assets in this case that have been administratively consolidated in the case of Richfield Equities, LLC, Case No. 12-33788, per court order. |
| 03/31/2015 | Trustee is investigating the business assets in this case that have been administratively consolidated in the case of Richfield Equities, LLC, Case No. 12-33788, per court order. |
| 03/31/2014 | Trustee is investigating the business assets in this case that have been administratively consolidated in the case of Richfield Equities, LLC, Case No. 12-33788, per court order. |
| 03/29/2013 | Trustee is investigating the business assets in this case that have been administratively consolidated in the case of Richfield Equities, LLC, Case No. 12-33788, per court order. |

**Initial Projected Date Of Final Report (TFR):** 09/18/2014     **Current Projected Date Of Final Report (TFR):** 04/30/2022     /s/ SAMUEL D. SWEET

SAMUEL D. SWEET

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | |  | | |
|---|---|---|---|---|
| Case No. | 12-33789 | | Trustee Name: | Samuel D. Sweet |
| Case Name: | Richfield Landfill, Inc. | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***2863 | | Checking Acct #: | ******3373 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 04/01/2021 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 03/31/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2017 | | Richfield Equities, LLC | Transfer Funds from Administratively Consolidated Case - Richfield Equities, LLC 12-33788 | 9999-000 | $120,497.13 | | $120,497.13 |
| 07/10/2017 | 3001 | Samuel D. Sweet, PLC | Attorney for Trustee Fees p/o 6/26/2017 | 3110-000 | | $2,462.50 | $118,034.63 |
| 07/12/2017 | 3002 | Samuel D. Sweet | Trustee Fees p/o 7/11/2017 | 2100-000 | | $16,487.34 | $101,547.29 |
| 07/12/2017 | 3003 | United States Bankruptcy Court | Court Costs p/o 7/11/2017 | 2700-000 | | $3,657.50 | $97,889.79 |
| 07/12/2017 | 3004 | Comerica Bank | Payment of Secured Claim p/o 7/11/2017 | 4110-000 | | $28,612.50 | $69,277.29 |
| 07/12/2017 | 3005 | United States Trustee | Payment of Quarterly Fees p/o 7/11/2017 | 2950-000 | | $1,869.44 | $67,407.85 |
| 07/12/2017 | 3006 | RKA Petroleum Companies, Inc. | Payment of Claim p/o 7/11/2017 | 6990-000 | | $6,066.70 | $61,341.15 |
| 07/12/2017 | 3007 | Michigan Department of Environmental Quality | Payment of Claim p/o 7/11/2017 | 6990-000 | | $61,341.15 | $0.00 |
| | | | TOTALS: | | $120,497.13 | $120,497.13 | $0.00 |
| | | | Less: Bank transfers/CDs | | $120,497.13 | $0.00 | |
| | | | Subtotal | | $0.00 | $120,497.13 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $120,497.13 | |

| For the period of 04/01/2021 to 03/31/2022 | | For the entire history of the account between 06/29/2017 to 3/31/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $120,497.13 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $120,497.13 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $120,497.13 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

| | |  | | |
|---|---|---|---|---|
| Case No. | 12-33789 | | Trustee Name: | Samuel D. Sweet |
| Case Name: | Richfield Landfill, Inc. | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***2863 | | Checking Acct #: | ******3373 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 04/01/2021 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 03/31/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| | $0.00 | $120,497.13 | $0.00 |

| For the period of 04/01/2021 to 03/31/2022 | | For the entire history of the account between 06/29/2017 to 3/31/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $120,497.13 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $120,497.13 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $120,497.13 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ SAMUEL D. SWEET

SAMUEL D. SWEET